# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 11, 2014

148592

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CHARLIE B. HOBSON and MARY
L. HOBSON,
          Plaintiffs-Appellees,

v

SC: 148592
COA: 316714
Wayne CC: 12-008167-CK

INDIAN HARBOR INSURANCE
COMPANY, XL INSURANCE
AMERICA, INC., and XL INSURANCE
COMPANY OF NEW YORK, INC.,
          Defendants-Appellants,

and

WILSON INVESTMENT SERVICE
AND CONSTRUCTION, INC., WILSON
INVESTMENT SERVICE, CRESCENT
HOUSE APARTMENTS, CRESCENT
HOUSE APARTMENTS, LLC, W-4
FAMILY LIMITED PARTNERSHIP, W-4
FAMILY, LLC, and JAMES P. WILSON,
          Defendants-Appellees.
_____/

On order of the Court, the application for leave to appeal the December 20, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2014
                                

h0604
                                     Clerk